

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon, Esq.
KML LAW GROUP, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
PNC Bank, National Association

---

In Re:
  Martin Labowicz Noelle Labowicz

**Order Filed on November 12, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No:      <u>24-12474 MEH</u>

Hearing Date:

Judge:  Mark E. Hall

Chapter: <u>13</u>

| Recommend Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: November 12, 2024**

**Honorable Mark E. Hall
United States Bankruptcy Judge**

[Type text]

Upon the motion of <u>PNC Bank, National Association</u>, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the motion is granted and the stay is terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒      Real Property More Fully Described as:

**Land and premises commonly known as Lot, Block , 3 Laurel Ct, Hamilton Twsp NJ 08690**

☐      Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further ORDERED that the Trustee is directed to cease in making any further distributions to the Creditor.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 11/14/2023*