

Order Filed on November 14, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Noelle Labowicz & Martin Labowicz | Case No.: 24-12474<br>Chapter: 13<br>Hearing Date: 11/19/24<br>Judge: Mark E. Hall |

## ORDER VACATING

## ORDER VACATING STAY re: 3 Laurel Ct, Hamilton Twsp NJ 08690

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 14, 2024**

Honorable Mark E. Hall
United States Bankruptcy Judge

The Court on its own motion finds that the:

ORDER VACATING STAY re: 3 Laurel Ct, Hamilton Twsp NJ 08690

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated     November 12, 2024    , be and the same is hereby vacated.

*revised 2/25/14*