| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 24-12474 / MEH**

Noelle Labowicz
Martin Labowicz

Petition Filed Date: 03/07/2024
341 Hearing Date: 04/04/2024
Confirmation Date: 07/03/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/12/2024 | $923.01 | | 05/14/2024 | $923.01 | | 06/24/2024 | $923.01 | |
| 07/24/2024 | $923.01 | | 09/13/2024 | $923.01 | | 10/23/2024 | $923.01 | |
| 12/02/2024 | $923.00 | 10095901 | 12/17/2024 | $923.00 | 10122281 | | | |

**Total Receipts for the Period:  $7,384.06    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $8,307.06**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Noelle Labowicz | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert G. Swan, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,750.00 | $2,750.00 | $0.00 |
| 1 | ONEMAIN FINANCIAL GROUP, LLC | Unsecured Creditors | $1,046.45 | $0.00 | $1,046.45 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2020, 2023 | Priority Creditors | $1,343.11 | $0.00 | $1,343.11 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2017-2019 | Unsecured Creditors | $23,488.03 | $0.00 | $23,488.03 |
| 4 | UPSTART NETWORK, INC | Unsecured Creditors | $4,395.21 | $0.00 | $4,395.21 |
| 5 | UPSTART NETWORK, INC | Unsecured Creditors | $1,039.41 | $0.00 | $1,039.41 |
| 6 | SLOAN SERVICING ON BEHALF OF ECMC<br>»» NELNET, ECMC | Unsecured Creditors | $22,744.43 | $0.00 | $22,744.43 |
| 7 | ONEMAIN FINANCIAL GROUP, LLC.<br>»» 2017 MAZDA CX5 | Debt Secured by Vehicle | $557.16 | $182.26 | $374.90 |
| 8 | ONEMAIN FINANCIAL GROUP, LLC.<br>»» 2017 MAZDA CX5 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | ONEMAIN FINANCIAL GROUP, LLC.<br>»» 2013 NISSAN ALTIMA | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 10 | ONEMAIN FINANCIAL GROUP, LLC.<br>»» 2013 NISSAN ALTIMA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | MERRICK BANK | Unsecured Creditors | $1,470.95 | $0.00 | $1,470.95 |
| 12 | TD BANK,NA | Unsecured Creditors | $2,469.35 | $0.00 | $2,469.35 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» MID AMERICA BANK & TRUST CO | Unsecured Creditors | $1,896.63 | $0.00 | $1,896.63 |
| 14 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» CONTINENTAL FINANCE CO LLC | Unsecured Creditors | $1,449.87 | $0.00 | $1,449.87 |

**Chapter 13 Case No. 24-12474 / MEH**

| | | | | | |
|---|---|---|---|---|---|
| 15 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SYNCHRONY BANK | Unsecured Creditors | $851.75 | $0.00 | $851.75 |
| 16 | PNC BANK, NA<br>»» P/3 LAUREL COURT/1ST MTG/ORDER 5/16/24 | Mortgage Arrears | $7,994.74 | $2,615.18 | $5,379.56 |
| 17 | MERRICK BANK | Unsecured Creditors | $1,048.91 | $0.00 | $1,048.91 |
| 18 | NJ DIVISION OF TAXATION<br>»» 2020-2023 | Priority Creditors | $14,146.79 | $0.00 | $14,146.79 |
| 19 | WLCC LENDING FAST DAY LOANS | Unsecured Creditors | $1,510.73 | $0.00 | $1,510.73 |
| 20 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $486.54 | $0.00 | $486.54 |
| 21 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $431.98 | $0.00 | $431.98 |
| 22 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $393.50 | $0.00 | $393.50 |
| 23 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» WEBBANK | Unsecured Creditors | $565.68 | $0.00 | $565.68 |
| 24 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $791.77 | $0.00 | $791.77 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE, NA | Unsecured Creditors | $348.99 | $0.00 | $348.99 |
| 26 | LVNV FUNDING LLC | Unsecured Creditors | $595.91 | $0.00 | $595.91 |
| 27 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $772.60 | $0.00 | $772.60 |
| 28 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $588.26 | $0.00 | $588.26 |
| 29 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $780.63 | $0.00 | $780.63 |
| 30 | TD BANK USA NA | Unsecured Creditors | $1,209.73 | $0.00 | $1,209.73 |
| 31 | SCOLOPAX, LLC | Unsecured Creditors | $9,227.42 | $0.00 | $9,227.42 |
| 32 | SCOLOPAX, LLC<br>»» INTERCOASTAL FINANCIAL LLC | Unsecured Creditors | $834.54 | $0.00 | $834.54 |
| 33 | PORTFOLIO RECOVERY ASSOCIATES<br>»» THE BANK OF MISSOURI | Unsecured Creditors | $1,342.70 | $0.00 | $1,342.70 |
| 34 | PORTFOLIO RECOVERY ASSOCIATES<br>»» THE BANK OF MISSOURI | Unsecured Creditors | $1,334.15 | $0.00 | $1,334.15 |
| 35 | PORTFOLIO RECOVERY ASSOCIATES<br>»» THE BANK OF MISSOURI | Unsecured Creditors | $2,388.16 | $0.00 | $2,388.16 |
| 36 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» FINGERHUT DIRECT MRKTING | Unsecured Creditors | $1,026.90 | $0.00 | $1,026.90 |
| 37 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» FIRST ELECTRONIC BANK | Unsecured Creditors | $1,066.44 | $0.00 | $1,066.44 |
| 38 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» THE BANK OF MISSOURI | Unsecured Creditors | $885.87 | $0.00 | $885.87 |
| 39 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» CELTIC BANK | Unsecured Creditors | $643.21 | $0.00 | $643.21 |
| 40 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» MERCURY MC | Unsecured Creditors | $6,217.27 | $0.00 | $6,217.27 |
| 41 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» FIRST ELECTRONIC BANK | Unsecured Creditors | $161.95 | $0.00 | $161.95 |
| 42 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» CELTIC BANK | Unsecured Creditors | $392.03 | $0.00 | $392.03 |
| 43 | AERO HEC ACQUISITIONS I, LLC<br>»» UNISON AGREEMENT CORP. | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 44 | PNC BANK, NA<br>»» 3 LAUREL CT/ATTY FEES 11/19/24 | Mortgage Arrears | $549.00 | $549.00 | $0.00 |

**Chapter 13 Case No. 24-12474 / MEH**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,307.06 | Plan Balance: | $47,682.94 ** |
| Paid to Claims: | $6,096.44 | Current Monthly Payment: | $923.00 |
| Paid to Trustee: | $521.54 | Arrearages: | $922.94 |
| Funds on Hand: | $1,689.08 | Total Plan Base: | $55,990.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.