Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−12474−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Noelle Labowicz | Martin Labowicz |
| 3 Laurel Court | 3 Laurel Court |
| Trenton, NJ 08690 | Trenton, NJ 08690 |

Social Security No.:
   xxx−xx−0645                                              xxx−xx−7932

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on July 30, 2025.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 30, 2025
JAN: mmf

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                       Case No. 24-12474-MEH

Noelle Labowicz                                                                              Chapter 13

Martin Labowicz

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 30, 2025 | Form ID: 148 | Total Noticed: 63 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Noelle Labowicz, Martin Labowicz, 3 Laurel Court, Trenton, NJ 08690-3354 |
| cr | + | One Main Financial Group LLC, c/o Peter Meltzer, Esq, 2000 Market Street 13th Floor, Philadelphia, PA 19103, UNITED STATES 19103-3204 |
| 520257803 | + | Aero HEC Acquisition I, LLC, c/o Bernard J. Kornberg, Practus, LLP, 58 West Portal Ave PMB 782, San Francisco, CA 94127-1304 |
| 520185233 | + | First savings, PO Box 2519, Omaha , NE 68103-2519 |
| 520185234 | + | Fortiva 1, PO Box 650847, Dallas, TX 75265-0847 |
| 520185236 | + | Fortiva 2, PO Box 650847, Dallas, TX 75265-0847 |
| 520185237 | + | Hamilton endoscopy, PO Box 11616, Newark, NJ 07101-5816 |
| 520185248 | | One Main FInancial, PO Box 740594 Cincinatti, OH 45274 |
| 520185250 | + | RWJ, 1200 Whitehorse Hamilton Square Rd, Trenton, NJ 08690-3723 |
| 520185252 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of NJ Division of Taxation, PO Box 190, Trenton, NJ 08695 |
| 520185251 | + | Show, PO Box 2519, Omaha, NE 68103-2519 |
| 520185255 | | Target, PO Box 60170, Parthenon, AR 72666 |
| 520185258 | | Upgrade, PO Box 52210, Phoenix, AR |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 30 2025 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 30 2025 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520185213 | + | EDI: PHINGENESIS | Jul 31 2025 00:39:00 | Affirm, 268 South State Street, Suite 300, Salt Lake City, UT 84111-5314 |
| 520185215 | + | Email/Text: bk@avant.com | Jul 30 2025 20:52:00 | Avant, PO Box 1429, Carol Stream, IL 60132-1429 |
| 520185219 | + | EDI: AGFINANCE.COM | Jul 31 2025 00:39:00 | Brightway - One Main, PO Box 981037, Boston, MA 02298-1037 |
| 520185224 | | Email/Text: cfcbackoffice@contfinco.com | Jul 30 2025 20:51:00 | Cerulean, PO Box 6812, Carol Stream, IL 60197 |
| 520185253 | | Email/Text: cfcbackoffice@contfinco.com | Jul 30 2025 20:51:00 | Surge, PO Box 6812, Carol Stream, IL 60197 |
| 520185220 | + | EDI: CAPITALONE.COM | Jul 31 2025 00:39:00 | Capital One, PO Box 4069, Carol Stream, IL 60197-4069 |
| 520228319 | + | EDI: AIS.COM | Jul 31 2025 00:39:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520185221 | + | EDI: CAPITALONE.COM | | |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 520185223 | + | EDI: CAPITALONE.COM | Jul 31 2025 00:39:00 | Capitol One, PO Box 4069, Carol Stream, IL 60197-4069 |
| 520185222 | + | EDI: CAPITALONE.COM | Jul 31 2025 00:39:00 | Capitol One -2, PO Box 4069, Carol Stream, IL 60197-4069 |
| | | | Jul 31 2025 00:39:00 | Capitol One 1, PO Box 4069, Carol Stream, IL 60197-4069 |
| 520185226 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 30 2025 21:00:19 | Credit One, PO Box 6500, City of Industry, CA 91716 |
| 520185227 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 30 2025 21:15:47 | Credit One -1, PO Box 60500, City of Industry, CA 91716-0500 |
| 520185228 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 30 2025 21:15:50 | Credit One -2, PO Box 60500, City of Industry, CA 91716-0500 |
| 520185230 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 30 2025 20:52:00 | DEPT of ED/NELNET, po box 82561, Lincoln, NE 68501-2561 |
| 520185231 | + | EDI: PHINGENESIS | Jul 31 2025 00:39:00 | Destiny- Concora Credit, PO Box 23030, Columbus, GA 31902-3030 |
| 520185242 | | Email/Text: BNSFN@capitalsvcs.com | Jul 30 2025 20:51:00 | Legacy, PO Box 2496, Omaha, NE 68103 |
| 520185256 | | Email/Text: BNSTAZ@capitalsvcs.com | Jul 30 2025 20:51:00 | Taz, PO box 2876, Omaha, NE 68103 |
| 520185217 | | Email/Text: BNBLAZE@capitalsvcs.com | Jul 30 2025 20:51:00 | Blaze, PO Box 2534, Omaha, NE 68103 |
| 520185238 | + | EDI: SYNC | Jul 31 2025 00:39:00 | Home Shopping Network, PO Box 669803, Dallas, TX 75266-0952 |
| 520185241 | | EDI: IRS.COM | Jul 31 2025 00:39:00 | irs, PO Box 219236, Kansas City, MO 64121 |
| 520185239 | + | EDI: PHINGENESIS | Jul 31 2025 00:39:00 | Indigo- Concora credit, PO Box 23039, Columbus, GA 31902-3039 |
| 520233566 | | EDI: JEFFERSONCAP.COM | Jul 31 2025 00:39:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520235861 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 30 2025 21:01:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520201141 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 30 2025 20:58:53 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520185245 | | Email/Text: ml-ebn@missionlane.com | Jul 30 2025 20:51:00 | Mission lane, PO Box 23075, Columbus, GA 31902 |
| 520185243 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jul 30 2025 20:51:00 | Mercury, PO Box 70168, Philadelphia, PA 19176-0168 |
| 520185244 | + | EDI: PHINGENESIS | Jul 31 2025 00:39:00 | Milestone- Concodia Credit, PO Box 4477, Beaverton, OR 97076-4401 |
| 520185247 | + | EDI: AGFINANCE.COM | Jul 31 2025 00:39:00 | One main Financial, PO Box 740594, Cincinnati, OH 45274-0594 |
| 520196521 | + | EDI: AGFINANCE.COM | Jul 31 2025 00:39:00 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520191065 | + | EDI: AGFINANCE.COM | Jul 31 2025 00:39:00 | Onemain Financial, PO Box 981037, Boston MA 02298-1037 |
| 520216335 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 30 2025 20:51:00 | PNC Bank, NA., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520185249 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 30 2025 20:51:00 | PNC Mortgage, 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 520248852 | | EDI: PRA.COM | Jul 31 2025 00:39:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520215334 | | EDI: Q3G.COM | Jul 31 2025 00:39:00 | Quantum3 Group LLC as agent for, Credit Corp |

Case 24-12474-MEH  Doc 40  Filed 08/01/25  Entered 08/02/25 00:15:23  Desc Imaged
                        Certificate of Notice   Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 30, 2025 | Form ID: 148 | Total Noticed: 63 |

| | | | | |
|---|---|---|---|---|
| | | | | Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520215333 | | EDI: Q3G.COM | Jul 31 2025 00:39:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520257566 | | EDI: Q3G.COM | Jul 31 2025 00:39:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 520215332 | | EDI: Q3G.COM | Jul 31 2025 00:39:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520257561 | | EDI: Q3G.COM | Jul 31 2025 00:39:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520218661 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 30 2025 20:51:00 | State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0245 |
| 520253709 | + | Email/Text: bncmail@w-legal.com | Jul 30 2025 20:52:00 | Scolopax, LLC, C/O WEINSTEIN & RILEY, PS, 1415 WESTERN AVENUE STE 700, SEATTLE, WA 98101-2051 |
| 520195297 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 30 2025 20:52:00 | Sloan Servicing on behalf of ECMC, Educational Credit Management Corp, PO Box 16408, St. Paul MN 55116-0408 |
| 520252502 | | Email/Text: bncmail@w-legal.com | Jul 30 2025 20:52:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520209349 | ^ | MEBN | Jul 30 2025 20:47:18 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 520185257 | | Email/Text: bankruptcynotice@unison.com | Jul 30 2025 20:51:00 | Unison, 650 California Street, San Francisco, CA 94108 |
| 520185259 | | Email/Text: bankruptcies@uplift.com | Jul 30 2025 20:51:00 | Uplift, 440 N. Wolfe Road, Sunnyvale, CA 94085 |
| 520194832 | ^ | MEBN | Jul 30 2025 20:47:26 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 520185260 | + | EDI: LCIUPSTART | Jul 31 2025 00:39:00 | Upstart Personal Loans, PO Box 1503, San Carlos, CA 94070-7503 |
| 520220970 | | Email/Text: clientservices@fastdayloans.com | Jul 30 2025 20:52:00 | WLCC Lending Fast Day Loans, PO Box 70, Solon, IA 52333 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520185214 | *+ | Affirm, 268 South State Street, Suite 300, Salt Lake City, UT 84111-5314 |
| 520185216 | *+ | Avant, PO Box 1429, Carol Stream, IL 60132-1429 |
| 520185225 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Cerulean, PO Box 6812, Carol Stream, IL 60197 |
| 520185254 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Surge, PO Box 6812, Carol Stream, IL 60197 |
| 520185229 | *+ | Credit One- 2, PO Box 60500, City of Industry, CA 91716-0500 |
| 520185232 | *+ | Destiny- Concora Credit, PO Box 23030, Columbus, GA 31902-3030 |
| 520185218 | *P++ | FIRST SAVINGS BANK BLAZE, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003, address filed with court:, Blaze, PO Box 2534, Omaha, NE 68103 |
| 520185235 | *+ | Fortiva 1, POBox 650847, Dallas, TX 75265-0847 |
| 520185240 | *+ | Indigo- Concora Credit, PO Box 23039, Columbus, GA 31902-3039 |
| 520185246 | *P++ | MISSION LANE LLC, PO BOX 105286, ATLANTA GA 30348-5286, address filed with court:, Mission lane, PO Box 23075, Columbus, GA 31902 |
| 520185261 | *+ | Upstart Personal Loans, PO Box 1503, San Carlos, CA 94070-7503 |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 30, 2025 | Form ID: 148 | Total Noticed: 63 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 01, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Peter E. Meltzer | on behalf of Creditor One Main Financial Group LLC pmeltzer@wglaw.com ibernatski@wglaw.com |
| Richard Abel | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Robert G. Swan | on behalf of Joint Debtor Martin Labowicz lawofficeofrswan@aol.com swan.robertb131554@notify.bestcase.com |
| Robert G. Swan | on behalf of Debtor Noelle Labowicz lawofficeofrswan@aol.com swan.robertb131554@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8