Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 24–12474–MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Noelle Labowicz | Martin Labowicz |
| 3 Laurel Court | 3 Laurel Court |
| Trenton, NJ 08690 | Trenton, NJ 08690 |

Social Security No.:
  xxx–xx–0645                              xxx–xx–7932

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 17, 2025</u>                <u>Mark Edward Hall</u>
                                               Judge, United States Bankruptcy Court